# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH NEMERGUT, | |
| Plaintiff, | Case No.  2:13-cv-00254-GMN-GWF |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on Defendant's Notice and Request for Scheduling Order (#18), filed on October 18, 2013.  The Court previously stayed this case due to the lapse in federal appropriations.  *See October 7, 2013 Order, Doc. #17*.  In light of the resumption of appropriations, the Court will lift the stay in this case and adjust the briefing schedule.  Accordingly,

**IT IS HEREBY ORDERED** that the following briefing schedule shall apply in this case:

(1) Defendant shall file any Opposition to Plaintiff's Motion to Remand on or before **October29, 2013**.

(2) Plaintiff shall file any reply in support of her Motion to Remand on or before **November 18, 2013**.

DATED this 21st day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge